Certificate Number: 17082-PAE-DE-039163792

Bankruptcy Case Number: 24-14360


17082-PAE-DE-039163792

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on December 16, 2024, at 5:46 o'clock PM MST, ADAM P HENRY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 16, 2024                    By:    /s/Orsolya K Lazar

                                             Name:  Orsolya K Lazar

                                             Title: Executive Director