Certificate Number: 17082-PAE-DE-039163791

Bankruptcy Case Number: 24-14360



17082-PAE-DE-039163791

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 16, 2024</u>, at <u>5:46</u> o'clock <u>PM MST</u>, <u>CARISSA C HENRY</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 16, 2024</u>             By:     <u>/s/Orsolya K Lazar</u>

                                                                        Name:   <u>Orsolya K Lazar</u>

                                                                        Title:    <u>Executive Director</u>