United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14360-pmm |
| Adam Peter Henry | Chapter 13 |
| Carissa Catherine Henry | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 05, 2025 | Form ID: 155 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Adam Peter Henry, Carissa Catherine Henry, 632 Christian Street, Bethlehem, PA 18015-2709 |
| 14963456 | + | MIDFIRST BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14958021 | + | Wells Fargo Auto Credit Bureau Operation, PO Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14958014 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 06 2025 00:07:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 14958015 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2025 00:22:23 | BestBuy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14958016 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 06 2025 00:07:00 | ComenityCapital/UltaMC, PO Box 182120, Columbus, OH 43218-2120 |
| 14960479 | | Email/Text: mrdiscen@discover.com | Jun 06 2025 00:07:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14958017 | + | Email/Text: mrdiscen@discover.com | Jun 06 2025 00:07:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14958018 | + | Email/Text: bankruptcy@greenskycredit.com | Jun 06 2025 00:07:00 | GS Loan SVCS/SYNOVUS, 1797 Northeast Expy NE, Brookhaven, GA 30329-7803 |
| 14972416 | | Email/Text: bankruptcy@greenskycredit.com | Jun 06 2025 00:07:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 14958019 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 06 2025 00:21:40 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 14966643 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 06 2025 00:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14976643 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 06 2025 00:22:21 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14963131 | ^ | MEBN | Jun 06 2025 00:02:04 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14958020 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 06 2025 00:21:00 | Midland Mortgage/Midfirst, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 14978280 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 06 2025 00:22:21 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14977165 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | Jun 06 2025 00:21:44 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| 14963322 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 06 2025 00:21:01 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 14958022 | + Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 06 2025 00:22:25 | Wells Fargo Bank, N.A, PO Box 94435, Albuquerque, NM 87199-4435 |
| 14966023 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 06 2025 00:22:24 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2025 at the address(es) listed below:

**Name** | **Email Address**

CHARLES LAPUTKA
on behalf of Joint Debtor Carissa Catherine Henry claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

CHARLES LAPUTKA
on behalf of Debtor Adam Peter Henry claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Adam Peter Henry                                 Case No. 24−14360−pmm

   Carissa Catherine Henry                       Chapter: 13

   Debtor(s).

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: June 5, 2025                                                                For The Court

                                                                                   Patricia M. Mayer  
                                                                                   Judge, United States Bankruptcy Court