| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-14360-PMM

Adam Peter Henry  
Carissa Catherine Henry  
632 Christian Street  
Bethlehem  PA    18015

Petition Filed Date: 12/06/2024  
341 Hearing Date: 01/14/2025  
Confirmation Date: 06/05/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2025 | $150.00 | | 01/28/2025 | $150.00 | | 02/27/2025 | $150.00 | |
| 03/27/2025 | $150.00 | | 04/28/2025 | $150.00 | | 06/02/2025 | $150.00 | |
| 06/27/2025 | $150.00 | | 07/29/2025 | $150.00 | | | | |

Total Receipts for the Period:  $1,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,350.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,788.00 | $1,113.00 | $1,675.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $2,981.57 | $0.00 | $2,981.57 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $18,262.83 | $0.00 | $18,262.83 |
| 3 | WELLS FARGO DEALER SERVICES »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK NA »» 004 | Unsecured Creditors | $24,406.60 | $0.00 | $24,406.60 |
| 5 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $3,794.96 | $0.00 | $3,794.96 |
| 6 | WELLS FARGO BANK NA »» 006 | Unsecured Creditors | $39,197.22 | $0.00 | $39,197.22 |
| 7 | GREENSKY LLC »» 007 | Unsecured Creditors | $6,864.44 | $0.00 | $6,864.44 |
| 8 | MIDFIRST BANK »» 008 | Mortgage Arrears | $571.13 | $0.00 | $571.13 |
| 9 | RESURGENT RECEIVABLES, LLC »» 009 | Unsecured Creditors | $5,328.19 | $0.00 | $5,328.19 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $4,282.36 | $0.00 | $4,282.36 |
| 11 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 24-14360-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,350.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $1,113.00 | Arrearages: | ($150.00) |
| Paid to Trustee: | $95.25 | Total Plan Base: | $5,400.00 |
| Funds on Hand: | $141.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.