## United States Bankruptcy Court

Eastern District of Pennsylvania (Reading)

IN RE:    ADAM P HENRY                          CASE NO.:  24-14360
          CARISSA C HENRY                        CHAPTER:  13

          Debtors

### Change of address – Payment  for Creditor

As to Claim 3-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice
that its address for payment  has changed.

Old Notifications address                    New Notifications address

Old payment address                          New payment address
Wells Fargo Auto                             Wells Fargo Auto

PO Box 17900                                 PO Box 51963

Denver CO 80217-0900                         Los Angeles CA 90051-6263

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address:  bkchapter13@wellsfargo.com

11/14/2025                              /s/Lisa Johnson
                                        Account Resolution Associate Manager
                                        Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

## Certificate of Service

Eastern District of Pennsylvania (Reading)

IN RE:   ADAM P HENRY                                    CASE NO:   24-14360
         CARISSA C HENRY                                 CHAPTER:   13


         Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 11/14/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
   Lisa Johnson
   Account Resolution Associate Manager

☐ By mail:
   [Name]
   [Address]

☐ By [Method of delivery]:
   [Name]
   [Address]


11/14/2025                          /s/Lisa Johnson
                                    Account Resolution Associate Manager
                                    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto