Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Adam Peter Henry
Carissa Catherine Henry
632 Christian Street
Bethlehem, PA 18015

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 24-14360-PMM**

Petition Filed Date: 12/06/2024
341 Hearing Date: 01/14/2025
Confirmation Date: 06/05/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2025 | $150.00 | | 09/29/2025 | $150.00 | | 10/27/2025 | $150.00 | |
| 12/02/2025 | $150.00 | | 12/30/2025 | $150.00 | | 01/28/2026 | $150.00 | |
| 02/27/2026 | $150.00 | | 03/27/2026 | $150.00 | | 05/04/2026 | $150.00 | |
| 06/02/2026 | $150.00 | | 07/02/2026 | $150.00 | | | | |

**Total Receipts for the Period: $1,650.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,788.00 | $2,781.00 | $7.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $2,981.57 | $0.00 | $2,981.57 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $18,262.83 | $0.00 | $18,262.83 |
| 3 | WELLS FARGO AUTO<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK NA<br>»» 004 | Unsecured Creditors | $24,406.60 | $0.00 | $24,406.60 |
| 5 | JP MORGAN CHASE BANK NA<br>»» 005 | Unsecured Creditors | $3,794.96 | $0.00 | $3,794.96 |
| 6 | WELLS FARGO BANK NA<br>»» 006 | Unsecured Creditors | $39,197.22 | $0.00 | $39,197.22 |
| 7 | GREENSKY INC #3877<br>»» 007 | Unsecured Creditors | $6,864.44 | $0.00 | $6,864.44 |
| 8 | MIDFIRST BANK<br>»» 008 | Mortgage Arrears | $571.13 | $0.00 | $571.13 |
| 9 | RESURGENT RECEIVABLES, LLC<br>»» 009 | Unsecured Creditors | $5,328.19 | $0.00 | $5,328.19 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $4,282.36 | $0.00 | $4,282.36 |
| 11 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-14360-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,000.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $2,781.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $219.00 | Total Plan Base: | $5,400.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.